No. 76–545. UNITED AIRLINES, INC. v. McDONALD, 432 U. S. 385. Respondent requested to file a response to petition for rehearing within 30 days. MR. JUSTICE STEVENS took no part in the consideration or decision of this order.

No. 76–859. HAZELWOOD CHRONIC & CONVALESCENT HOSPITAL, INC., DBA KEARNEY STREET CONVALESCENT CENTER v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL., 430 U. S. 952. Motion for clarification and recall of judgment denied.

No. 76–864. CITY OF LAFAYETTE, LOUISIANA, ET AL. v. LOUISIANA POWER & LIGHT CO. C. A. 5th Cir. [Certiorari granted, 430 U. S. 944.] Motion of Columbus & Southern Ohio Electric Co. et al. for leave to file a brief as *amici curiae* granted.

No. 76–1523. SWOAP, DIRECTOR, DEPARTMENT OF BENEFIT PAYMENTS OF CALIFORNIA v. GARCIA ET AL. Ct. App. Cal., 2d App. Dist.;

No. 76–1609. INDIANA v. SCOTTSDALE MALL. C. A. 7th Cir.;

No. 76–1645. GENERAL DYNAMICS CORP. v. BULLOCK, COMPTROLLER OF PUBLIC ACCOUNTS OF TEXAS, ET AL. Sup. Ct. Tex.;

No. 76–1690. BERRY ET AL. v. DOLES, CHAIRMAN, BOARD OF COMMISSIONERS OF ROADS AND REVENUES OF PEACH COUNTY, ET AL. D. C. M. D. Ga.;

No. 76–6853. RANDLE ET AL. v. BEAL, SECRETARY, DEPARTMENT OF PUBLIC WELFARE OF PENNSYLVANIA, ET AL. C. A. 3d Cir.;

No. 77–97. ALLIED CHEMICAL CORP. v. WHITE ET AL. C. A. 5th Cir.; and

No. 77–388. WASHINGTON ET AL. v. CONFEDERATED BANDS AND TRIBES OF THE YAKIMA INDIAN NATION. C. A. 9th Cir. The Solicitor General is invited to file briefs in each of these cases expressing the views of the United States.